TYLER v. TYLER.

No. 3727.   Opinion Filed December 8, 1914.

(144 Pac. 1023.)

**APPEAL AND ERROR—Ruling on Demurrer to Evidence—Reservation for Review—Motion for New Trial—Necessity.** The ruling on a demurrer to the evidence is a decision occurring on the trial; and, in order to enable the Supreme Court to review such ruling, it is necessary that a motion for a new trial be filed within the time prescribed by law.

(Syllabus by Thacker. C.)

*Error from District Court, Oklahoma County;*

*John J. Carney, Judge.*

Action by Julia A. Tyler against Lucian H. Tyler. Demurrer to defendant's evidence sustained, and defendant brings error, and plaintiff applies for an order directing the clerk to issue execution on judgment. Appeal dismissed.

*M. Fulton* and *R. E. Bowling,* for plaintiff in error.

Opinion by THACKER, C.   This cause is brought here for the purpose of reversing a judgment of the trial court sustaining a demurrer to the evidence. The case-made filed herein fails to show any motion for new trial was filed. The appeal, therefore, under authority of *Insurance Company of North America v. Little,* 34 Okla. 499, 125 Pac. 1098; *Ardmore Oil*

& *Milling Co. v. Doggett Grain Co.*, 32 Okla. 280, 122 Pac. 241; *Stump v. Porter*, 31 Okla. 157, 120 Pac. 639, and *James v. Jackson*, 30 Okla. 190, 120 Pac. 288, should be dismissed.

By the Court: It is so ordered.